DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES J. RODRIGUES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0682
_____

June 12, 2026

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

James J. Rodrigues, pro se.

James Uthmeier, Attorney General, Tallahassee, and Jonathan P. Hurley, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


LUCAS, C.J., and KHOUZAM and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.